BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States



FILED

SEP 29 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $106,918.00 IN U.S. CURRENCY,<br><br>          Defendant. | 2:15-CV-02032-KJM-EFB<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on September 25, 2015, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $106,918.00 in U.S. Currency ("defendant currency") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2323(a)(1)(C) for one or more violations of 18 U.S.C. § 2320;

   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Homeland Security Investigations Special Agent David Keller, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

Order Re Clerk's Issuance of Warrant for Arrest

1    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District
2 of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 9/29/15

ALLISON CLAIRE
United States Magistrate Judge