1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:15-CV-02032-KJM-EFB

12              Plaintiff,
                                                 FINAL JUDGMENT OF FORFEITURE
13        v.

14  APPROXIMATELY $106,918.00 IN U.S.
    CURRENCY,
15
                Defendant.
16

17        Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

18        1.      This is a civil forfeiture action against defendant Approximately $106,918.00 in U.S.

19  Currency (hereafter "defendant currency") seized on or about January 26, 2015.

20        2.      The United States and potential claimants Khachatur Avdalyan and Nvard Avdalyan

21  entered into a Stipulation and Order extending the United States' time to file a complaint in Case No.

22  2:15-MC-00076-MCE-CKD.  The Order entered on or about July 9, 2015, extended the time to file the

23  complaint to October 7, 2015.

24        3.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 25,

25  2015, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 18

26  U.S.C. § 2323(a)(1)(C).

27        4.      On September 29, 2015, the Clerk issued a Warrant for Arrest for the defendant currency,

28  and that warrant was executed on October 15, 2015.

1

5.      Beginning on October 8, 2015, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on November 10, 2015.

6.      On September 24, 2015, pursuant to a Stipulation for Final Judgment of Forfeiture and/or Consent Judgment of Forfeiture, potential claimants Khachatur Avdalyan and Nvard Avdalyan agreed to forfeit all of their right, title, and interest in the defendant currency, plus any accrued interest, to the United States pursuant to 18 U.S.C. § 2323(a)(1)(C), to be disposed of according to law.  That Stipulation is attached and incorporated as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

7.      No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.      Judgment is hereby entered against potential claimants Khachatur Avdalyan and Nvard Avdalyan, and all other potential claimants who have not filed claims in this action.

2.      All right, title, and interest of Khachatur Avdalyan and Nvard Avdalyan in the Approximately $106,918.00 in U.S. Currency, plus any accrued interest, shall be forfeited to the United States pursuant to 18 U.S.C § 2323(a)(1)(C), to be disposed of according to law.

3.      The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  The potential claimants waived the provisions of California Civil Code § 1542.

4.      All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 27th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

2